STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Debra Bracey
Attorney at Law
P. O. Box 218
Lakeland LA 70752

REHEARING ACTION: February 4, 2009

Docket Number: 08   00313-CA

DEERFIELD HUNTING CLUB, INC.
VERSUS
SWAYZE PLANTATION, LLC

Appealed from ST. LANDRY Parish Case No. 07-C-3584-C

BEFORE JUDGES:

Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Deerfield Hunting Club, Inc.** has this day been

**DENIED.**

cc: Thomas Joseph DeJean, Counsel for the Appellee